# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF KENTUCKY
# LEXINGTON DIVISION

IN RE:    Kevin Rodriguez Gilkey    Case Number:    18-50279
Stacy Wedding Gilkey
Debtors

## ORDER CONFIRMING PLAN
## FILED ON 2/23/2018, Court Doc. # 4

A plan under Chapter 13 having been filed and served by the debtor on all creditors, and it appearing that the plan meets requirements for confirmation, IT IS ORDERED:

THE PLAN IS CONFIRMED.

The plan as confirmed is deemed to incorporate by reference all pre-confirmation orders affecting the treatment of claims and liens, and to the extent of any inconsistency between the plan and any order, the terms of the order are deemed to control.

The Trustee is authorized to adjust the amount of the monthly payment disbursed to each secured creditor as may be necessary in the administration of the plan.

Any fee requested in section III.C.1.a of the plan is hereby allowed.

Copies to:

Kevin Rodriguez Gilkey    KERMODE, JOHN D.
Stacy Wedding Gilkey    Served Electronically Via ECF
116 Robynwood Dr
Cynthiana, KY  41031-9744

SYNCHRONY BANK    AIS PORTFOLIO SERVICES
VIA ECF    VIA ECF
,    ,

STOLL KEENON OGDEN PLLC
VIA ECF
,

---

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Friday, April 27, 2018
(grs)